700 A.2d 875
GENERAL MOTORS CORPORATION v. CITY OF LINDEN.

October 1, 1997.

## ORDER

Leave to appeal is granted.